# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

LIBERTY MUTUAL INSURANCE COMPANY
AND EMPLOYERS INSURANCE OF
WAUSAU, A Mutual Company                                                    PLAINTIFFS

V.                                                    CIVIL ACTION NO. 3:98-CV-611WS

HAM MARINE, INC., ET AL.                                                    DEFENDANTS

## ORDER

Before the court is the motion of the defendant J.L. Holloway to enforce settlement [**docket no. 151**]. The issues raised in this motion also appear in and may be resolved in motion for summary judgment contained in the case of Liberty Mutual Insurance Company et al. v. J.L. "Lavon" Holloway, Civil Action No. 3:01-cv-935WS. Therefore, the motion to enforce settlement, which now is subsumed in this court's disposition of the motions in Civil Action No. 3:01-cv-935WS, is hereby terminated as moot.

SO ORDERED, this the 30th day of September, 2006.

s/ HENRY T. WINGATE

_____
**CHIEF UNITED STATES DISTRICT JUDGE**